Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Attorney at Law
2111 S. El Camino Real, Ste. 302
Oceanside, CA 92054
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
VICEROY MUSIC LTD.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICEROY MUSIC LTD., an England and Wales Limited Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CRAIG DIMECH; DOES 1 – 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-10204-SRM-E<br><br>DECLARATION OF JAYSON M. LORENZO IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRAIG DIMECH PURSUANT TO FRCP RULE 55(a) |

I, Jayson M. Lorenzo, declare as follows:

1.　　I am an attorney at law duly licensed to practice before all courts in the State of California and am admitted to practice in the United States District Court for the Central District of California. I am the attorney of record for Plaintiff VICEROY MUSIC LTD. in the above-entitled proceedings and, as such, I have knowledge of the

matters contained herein and they are true and correct of my own personal knowledge, except for those matters stated upon information and belief. As to those matters, I believe them to be true and correct. If called and sworn as a witness, I could and would testify competently thereto.

2. Defendant CRAIG DIMECH ("Defendant") was served by substituted service pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 28, 2026, as shown by the Affidavit of Substituted Service filed with the court on February 19, 2026, a true and correct copy of which is attached hereto as <u>Exhibit A</u> and incorporated herein by reference.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant was required to plead or otherwise respond to the complaint by February 18, 2026. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant is not a minor or an incompetent person.

6. Defendant is not currently in the military service, and therefore the Servicemembers Civil Relief Act is not applicable.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 20, 2026, in Oceanside, California.

　　　　　　　　　　　　　　　　　　___/s/ jayson m. lorenzo_____

　　　　　　　　　　　　　　　　　　JAYSON M. LORENZO