Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Attorney at Law
2111 S. El Camino Real, Ste. 302
Oceanside, CA 92054
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
VICEROY MUSIC LTD.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICEROY MUSIC LTD., an England and Wales Limited Company, <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG DIMECH; DOES 1 – 50, inclusive, <br><br> Defendants. | Case No. 2:25-cv-10204-SRM-E <br><br> RESPONSE TO ORDER TO SHOW CAUSE |

  Per the request of the Court, Plaintiff submits this Response to Order to Show Cause:

  The instant case involves a claim for copyright infringement against a foreign defendant CRAIG DIMECH, residing in the United Kingdom.  Service was recently effectuated on January 28, 2026, by substituted service using a legal process server in

the United Kingdom, Howard Agency.  Attempts had been made to serve Defendant Dimech since November 6, 2025.  A notarized Affidavit of Substituted Service was filed on February 20, 2026 as prescribed by the foreign country's law for service in that country.  (ECF 12)  Plaintiff also attempted to file an application to enter default also on February 20, 2026.  Plaintiff received notice on February 23, 2026, that proof of service is lacking and that the Clerk is unable to enter default on foreign service. (ECF 14)

      Plaintiff has a physical home address for Defendant Dimech in London, confirmed by the process server as stated in his affidavit (ECF 12), as well as a valid email address.  Plaintiff's counsel also has a physical business address for Defendant Dimech's counsel, Mike Shepherd of Cadence Solicitors, LLP in London as well as a valid email address.  Mr. Shepherd represented himself as Defendant's attorney in a letter received on February 12, 2025.  Plaintiff's counsel has corresponded directly with Mr. Shephard via email on numerous occasions within the last year related to this matter.  With the permission of the Court Plaintiff requests that it be able to serve the Application for to Enter Default by mail (federal express) and email on both Defendant Dimech and his counsel Mr. Shepherd.

      Respectfully Submitted.

Date: February 24, 2026                      By: /s/ jayson m. lorenzo
                                              JAYSON M. LORENZO
                                              Attorney for Plaintiff