Jayson M. Lorenzo, Esq. SBN 216973
jayson@jlorenzolaw.com
Attorney at Law
2111 S. El Camino Real, Ste. 302
Oceanside, CA 92054
Tel. (760) 517-6646
Fax (760) 520-7900

Attorney for Plaintiff
VICEROY MUSIC LTD.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICEROY MUSIC LTD., an England and Wales Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG DIMECH; DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10204-SRM-E<br><br>APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRAIG DIMECH PURSUANT TO FRCP RULE 55(a) |

To the Clerk of the United States District Court for the Central District of California:

Plaintiff, VICEROY MUSIC LTD., hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter a default of the following

Defendant CRAIG DIMECH for failure to plead or otherwise defend against this action in a timely manner.

Defendant CRAIG DIMECH:

(1) As shown by the proof of service previously filed with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 28, 2026.

(2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on February 19, 2026.

The above-named Defendant CRAIG DIMECH has failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Jayson M. Lorenzo, Attorney for Plaintiff.

Date: March 5, 2026                              By: /s/ jayson m. lorenzo
                                                                           JAYSON M. LORENZO
                                                                           Attorney for Plaintiff